# The Law Office of James J. Rufo

**222 Bloomingdale Road, Suite 202, White Plains, NY 10605**
**Phone (914) 600-7161 • Cell (845) 590-5187 • [www.nybkattorney.com](www.nybkattorney.com)**

September 26, 2024

**VIA ECF**
Hon. Cecelia G. Morris
US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

    **Re**:    In re: Marlon Mazo, Ch. 13, Case No. 21-22315 (CGM)
             Notice of Adjournment

Dear Judge Morris:

    The Law Office of James J. Rufo represents the debtor, Marlon Mazo, the ("Debtor") in his Chapter 13, Case No. 21-22315 (CGM).

    Please accept the following as confirmation that all matters presently scheduled for October 9, 2024 at 9:00 a.m. are adjourned to December 4, 2024 at 9:00 a.m. on consent.

    Thank you for your timely attention to this matter.

                            Sincerely yours,

                            */s/ James J. Rufo*
                            James J. Rufo, Esq.
                            *Attorney for the Debtor*